# United States District Court
### for the
## Southern District of New York
### Related Case Statement

### Full Caption of Later Filed Case:

United States District Court
Southern District of New York

| John Doe | | |
|---|---|---|
| | Plaintiff | Case Number |
| | vs. | |
| Jane Doe | | |
| | Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

United States District Court
Southern District of New York

| John Doe | | |
|---|---|---|
| | Plaintiff | Case Number |
| | vs. | 7:19-cv-09601-NSR |
| Vassar College | | |
| | Defendant | |

IH-32                                                                                                   Rev: 2014-1

## Status of Earlier Filed Case:

☐ Closed — (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open — (If so, set forth procedural status and summarize any court rulings.)

An earlier complaint was filed on 10/17/2019. Since then, the Court has ruled on a request for temporary restraining order, and a preliminary injunction hearing is currently scheduled for November 6, 2019.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly filed complaint asserts claims against a different defendant based upon the same incident, and thus involves identical facts and the same legal controversy as the earlier filed complaint. The newly filed complaint merely includes one of the people involved in the factual allegations, Jane Doe, as a party to the case.

Signature: _____    Date: **10/24/2019**

Firm: Gage Spencer & Fleming, LLP.