UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JOHN DOE,                                              :
                                                       :   Civil Action No: 7:19-cv-09838
           Plaintiff,                                  :
                                                       :
       -against-                                       :
                                                       :
JANE DOE,                             :
                                                       :
           Defendant.                                  :
---------------------------------------------------------------X

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Plaintiff's Motion to Proceed Under Pseudonym and To Redact From Electronic Filings, and the Complaint (Dkt. No. 1), Plaintiff will move this Court, in the United States District Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, for an order permitting Plaintiff to proceed in this action using pseudonyms for Plaintiff and another student relating to allegations of nonconsensual sexual touching, and for permission to redact their two real names from documentary evidence submitted in this action.

Dated: New York, New York
       October 25, 2019

                                        GAGE SPENCER & FLEMING LLP


                                   By:  */s/ William Fleming*
                                        William B. Fleming,
                                        410 Park Avenue, Suite 810
                                        New York, New York 10022
                                        Tel. (212) 768-4900
                                        Email: wfleming@gagespencer.com
                                        Attorneys for Plaintiff John Doe

1